# Third District Court of Appeal

## State of Florida

Opinion filed May 23, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-555
Lower Tribunal No. 17-18797
_____

**Marv A. Hubbard,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Marv A. Hubbard, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, SALTER, and FERNANDEZ, JJ.

PER CURIAM.

Defendant filed this appeal of the trial court's denial of his petition for writ of Habeas Corpus. As the trial court correctly noted, the petition is actually a

motion to vacate judgment, which was denied by the trial court.  We treat the petition the same and affirm the trial court's denial.

Affirmed.